31,380-05

In the Court of Criminal Appeals Austin, Texas

James Pettit
Applicant / Petitioner

vs.

The State of Texas
Respondent

Writ of Prohibition
Trial Cause No. 66907 / 920D07714
In the 171st Judicial District Court of
El Paso County, Texas

1. Motion for Leave to File:
   Writ of Prohibition

2. Writ of Prohibition

3. Affidavit

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

INRE: §

JAMES PETTIT § No 66907 / 920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS

NOW COMES JAMES PETTIT, APPLICANT PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE, RULE 72.1. THE APPLICANT IS SEEKING EXTRORDINARY RELIEF, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF PROHIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW; "FIAT AT PETITUR".

RESPECTFULLY SUBMITTED

*James Pettit*

JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION, WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID, FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY, 2015        *James Pettit*

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
IN RE:                        §
JAMES PETTIT             § No 66907 / 920D07714

WRIT OF PROHIBITION

JAMES PETTIT, MOVE TO FILE:
WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT, TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907 / 920D07714, FEBRUARY 1, 1993.

PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE, THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONTINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST, SEE: STINE V. STATE, 908

(1)

S.W. 2d 429, 431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENT'S FILED: AT TIME SENTENCE PASSED). WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EK PARTE CHRISTY U.S. 299 3. How. 292, 11ED 603, C/S. PROHIBITION DIGEST 11.

THE APPLICANT/PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE LAND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES, TEX. R. APP. P, Rule 9.3 (A)(1),(c) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA."

DATE: FEBRUARY 1, 2015                    James Pettit

(2)

## Unsworn Declaration

I, James Pettit No. 635925, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS    §

COUNTY OF POTTER    §

## AFFIDAVIT

I, James Pettit TDCJ No 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW, AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIDAVIT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I, JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

JAMES PETTIT

NATHANIEL J. NEAL UNIT

9055 SPUR 591

AMARILLO, TEXAS 79107

PETITIONER - PRO SE

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

James Pettit
APPLICANT / PETITIONER

VS

THE STATE OF TEXAS
RESPONDANT

WRIT OF PROHIBITION
TRIAL CAUSE No 66907/92DC07714
In THE 171st JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS

1. MOTION FOR LEAVE TO FILE:
WRIT OF PROHIBITION

2. WRIT OF PROHIBITION

3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE:                              §

James PETTIT              § No. 66907/920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS
NOW COMES James Pettit, APPLICANT PURSUANT TO TEXAS
CODE OF CRIMINAL PROCEDURE, RULE 72.1. THE APPLICANT IS SEEKING
EXTRORDINARY RELIEF AND RESPECTFULLY MOVES THIS HONORABLE
COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF
PROHIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS
WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW, "FIAT AT
PETITUR."

RESPECTFULLY SUBMITTED

James Pettit
James PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE
FOREGOING MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF
PROHIBITION WAS HAND DELIVERED PERSONALLY AND MAILED POST-
AGE PREPAID, FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS
1ST DAY OF FEBRUARY, 2015.

James Pettit

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE:

James Pettit

§

§ No 66907 / 920D07714

## WRIT OF PROHIBITION

James Pettit, Move to file:

WRIT OF PROHIBITION, To PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT, TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171st JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907 / 920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE. THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171st JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE: STINE V. STATE 908

(1)

S.W. 2d 429, 431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENTS FILED; AT TIME SENTENCE PASSED.). WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EX PARTE CHRISTY U.S. 299 3. HOW. 292, 11ED 603, C.I.S. PROHIBITION DIGEST 11.

THE APPLICANT/PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE/AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES. TEX. R. APP. P, RULE 9.3 (A)(1),(C) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISSES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE: FEBRUARY 1, 2015                    James Pettit

(2)

<u>Unsworn Declaration</u>

I, <u>James Pettit</u> No. <u>635925</u>, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS §
COUNTY OF POTTER §
§

## AFFIDAVIT

I, JAMES PETTIT TDCJ No. 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT. AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I, JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925
JAMES PETTIT
NATHANIEL J. NEAL UNIT
9055 SPUR 591
AMARILLO, TEXAS 79107
PETITIONER - PRO SE

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

JAMES PETTIT
APPLICANT / PETITIONER

VS

THE STATE OF TEXAS
RESPONDANT

WRIT OF PROHIBITION
TRIAL CAUSE No. 66907 / 920D07714
IN THE 171ST JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS

1. MOTION FOR LEAVE TO FILE:
   WRIT OF PROHIBITION

2. WRIT OF PROHIBITION

3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

INRE:                                §

JAMES PETTIT                  § No. 66907/920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS
NOW COMES JAMES PETTIT, APPLICANT PURSUANT TO TEXAS CODE
OF CRIMINAL PROCEDURE, RULE 72.1. THE APPLICANT IS SEEKING
EXTRORDINARY RELIEF AND RESPECTFULLY MOVES THIS HONORABLE
COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF PRO-
HIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.
    APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS
WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW, "FIAT AT
PETITUR."

RESPECTFULLY SUBMITTED

James Pettit
JAMES PETTIT PRO-SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE ~~follow~~
FOREGOING MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIB-
ITION WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID,
FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY,
2015                              .
                              James Pettit

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE: §

JAMES PETTIT § No. 66907 / 920D07714

## WRIT OF PROHIBITION

JAMES PETTIT, MOVE TO FILE:

WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT. TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907 / 920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE. THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE: STINE V. STATE 908 S.W. 2d 429, 431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT

(1)

TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT ENHANCEMENTS FILED! AT TIME SENTENCE PASSED). WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EX PARTE CHRISTY U.S. 299 3. HOW. 292, 11ED 603, C.I.S. PROHIBITION DIGEST II.

THE APPLICANT / PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE / AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT ENHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES. TEX. R. APP. P, RULE 9.3 (A)(1), (C) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISSES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE: FEBRUARY 1, 2015                    James Pettit

(2)

<u>UNSWORN DECLARATION</u>

I, James PETTIT No. 635925, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS §
COUNTY OF POTTER §

### AFFIDAVIT

I, James PETTIT TDCJ No 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I James PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22,011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF ELPASO COUNTY TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURTS AT REVIEW.

I, James PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED
James Pettit #635925
James PETTIT
NATHANIEL J. NEAL UNIT
9055 SPUR 591
AMARILLO, TEXAS 79107
PETITIONER - PRO SE

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

James Pettit
APPLICANT / PETITIONER
VS
THE STATE OF TEXAS
RESPONDANT

WRIT OF PROHIBITION
TRIAL CAUSE No. 66907/920D07714
In THE 171st JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS

1. MOTION FOR LEAVE TO FILE:
   WRIT OF PROHIBITION

2. WRIT OF PROHIBITION

3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

INRE:
§
James Pettit §  No 66907/920007714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS
Now Comes JAMES PETTIT, APPLICANT PURSUANT TO TEXAS
CODE OF CRIMINAL PROCEDURE. RULE 72.1 . THE APPLICANT IS
SEEKING EXTRAORDINARY RELIEF, AND RESPECTFULLY MOVES THIS
HONORABLE COURT TO GRANT LEAVE TO FILE THE APPLICATION
FOR WRIT OF PROHIBITION TENDERED CONTEMPORANEOUSLY WITH
THIS MOTION .

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS
WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW; "FIAT AT
PETITUR";

RESPECTFULLY SUBMITTED
James Pettit,
JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE
THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION, WAS
HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID, FIRST
CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY,
2015             .
James Pettit

In the Court of Criminal Appeals Austin, Texas

In RE:

James Pettit      §No. 66907 / 920007714

## WRIT OF PROHIBITION

James Pettit, move to file:

WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT. TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907 / 920007714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE. THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE, THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE STINE V. STATE, 908 S.W. 2d 429, 431 (TEX. CRIM. APP. 1995); DID

(1)

THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENT'S FILED: AT TIME SENTENCE PASSED). WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD. EX PARTE CHRISTY U.S. 299 3. How. 292, 11ED 603, C.I.S. PROHIBITION DIGEST 11.

THE APPLICANT / PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE / AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBERED OF COPIES. TEX. R. APP. P, RULE 9.3 (A)(1), (C) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT

## PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE: FEBRUARY 1, 2015                    James Pettit

(2)

## Unsworn Declaration

I, <u>James Pettit</u> No. <u>635925</u>, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS §

COUNTY OF POTTER §

## AFFIDAVIT

I, James Pettit TDCJ No. 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY), BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

JAMES PETTIT

NATHANIEL J. NEAL UNIT

9055 SPUR 591

AMARILLO, TEXAS 79107

PETITIONER - PRO SE

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

James Pettit
APPLICANT / PETITIONER

VS

THE STATE OF TEXAS
RESPONDANT

WRIT OF PROHIBITION
TRIAL CAUSE No 66907 / 920D07714
IN THE 171ST JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS

1. MOTION FOR LEAVE TO FILE:
WRIT OF PROHIBITION

2. WRIT OF PROHIBITION

3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE:

JAMES PETIT § No. 66907 / 920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS.
NOW COMES James PETIT, APPLICANT PURSUANT TO TEXAS CODE
OF CRIMINAL PROCEDURE, RULE 72.1. THE APPLICANT IS SEEKING
EXTRORDINARY RELIEF AND RESPECTFULLY MOVES THIS HONORABLE
COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF PRO-
HIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS
WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW, "FIAT AT
PETITUR".

RESPECTFULLY SUBMITTED

James Pettit

JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORE-
GOING MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF
PROHIBITION WAS HAND DELIVERED PERSONALLY AND MAILED
POSTAGE, FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST
DAY OF FEBRUARY, 2015.

James Pettit

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

In RE:

James PETIT

No 66907/920D07714

## WRIT OF PROHIBITION

James PETIT, MOVE TO FILE:

WRIT OF PROHIBITION, TO PROHIBIT UnLawFul SENTENCING AT Final JUDGMENT. TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171st JUDICIAL DISTRICT COURT OF ELPASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907/920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE OF THE JUDGMENT AND SENTENCE. THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT, ALTHOUGH THE 171st JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST, SEE; STINE V. STATE 908 S.W. 2d 429, 431

(1)

(TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENTS FILED: AT TIME SENTENCE PASSED). WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EX PARTE CHRISTY U.S. 299 3. HOW. 292, 11ED 603, C.I.S. PROHIBITION DIGEST II.

THE APPLICANT / PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE / AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES, TEX. R. APP., RULE 9.3 (A)(1), (C) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHETHER, PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE FEBRUARY 1, 2015                    James Pettit

(2)

## Unsworn Declaration

I, James Pettit No. 635925, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS §

COUNTY OF POTTER §

## AFFIDAVIT

I, JAMES PETTIT TDCJ NO 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I, JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

JAMES PETTIT

NATHANIEL J. NEAL UNIT

9055 SPUR 591

AMARILLO, TEXAS 79107

PETITIONER - PRO SE

In the Court of Criminal Appeals Austin, Texas

James Pettit
Applicant / Petitioner

vs.

The State of Texas
Respondant

Writ of Prohibition
Trial Cause No. 66907 / 920007714
In the 171st Judicial District Court of
El Paso County, Texas

1. Motion For Leave To File:
   Writ of Prohibition

2. Writ of Prohibition

3. Affidavit

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE: §

JAMES PETTIT § No. 66907/920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS
NOW COMES James Pettit, APPLICANT PURSUANT TO TEXAS
CODE OF CRIMINAL PROCEDURE. RULE 72.1. THE APPLICANT IS
SEEKING EXTRAORDINARY RELIEF, AND RESPECTFULLY MOVES
THIS HONORABLE COURT TO GRANT LEAVE TO FILE THE APPLICATION
FOR WRIT OF PROHIBITION TENDERED CONTEMPORANEOUSLY WITH
THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS
WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW; "FIAT AT
PETITUR".

RESPECTFULLY SUBMITTED
James Pettit
JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION,
WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID,
FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY,
2015.

James Pettit

In the Court of Criminal Appeals Austin, Texas

In Re:

James Pettit     § No. 66907 / 920D07714

## WRIT OF PROHIBITION

James Pettit, move to file:

Writ of Prohibition, to prohibit unlawful sentencing at final judgment. Texas Rules of Appellate Procedure Rule 72; Texas Code of Criminal Procedure Article 4.04 (1)

### STATEMENT OF FACTS

This review from the 171st Judicial District Court of El Paso County, in which petitioner was tried by jury, found guilty, sentenced by judge (inherent harm) to excessive term, see cause No. 66907 / 920D07714, February 1, 1993.

### PROHIBITED ACTS

Applicant now hold a prohibited act by the sentence "outside" the structured Texas laws within the date, of the judgment and sentence. The Texas Penal Code 22:011 carried a 2-20 yr. confinement upon guilty verdict. Although the 171st Judicial District Court (judge) passed a sentence upon applicant exceeding the perimeters within the state penal law at this date, listed above. The law (Penal Code has been increased to first degree 5-99, after applicants conviction, holding "ex post facto" rule and requires prohibitive act request, see: Stine v. State 908

(1)

S.W. 2d 429, 431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENT'S FILED: AT TIME SENTENCE PASSED".) WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD. EX PARTE CHRISTY U.S. 299 3. HOW. 292, HED 603, C.I.S. PROHIBITION DIGEST 11.

THE APPLICANT/PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE/ AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES. TEX. R. APP. P, RULE 9.3 (A)(1), (C), AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA". DATE: FEBRUARY 1, 2015

James Pettit

(2)

## Unsworn Declaration

I, JAMES PETTIT No. 635925, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS §
§
COUNTY OF POTTER §

## AFFIDAVIT

I, James Pettit TDCJ No. 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I James Pettit WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY), BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURTS AT REVIEW.

I James Pettit, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

James Pettit
NATHANIEL J. NEAL Unit
9055 SPUR 591
AMARILLO, TEXAS 79107
PETITIONER - PRO SE

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

JAMES PETTIT
APPLICANT / PETITIONER

VS

THE STATE OF TEXAS
RESPONDANT

WRIT OF PROHIBITION
TRIAL CAUSE No. 66907 / 920D07714
In THE 171ST Judicial District Court of
EL PASO COUNTY, TEXAS

1. MOTION FOR LEAVE TO FILE:
   WRIT OF PROHIBITION

2. WRIT OF PROHIBITION

3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:
IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
IN RE §
JAMES PETTIT § No 66907 / 920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS
NOW COMES JAMES PETTIT, APPLICANT PURSUANT TO TEXAS
CODE OF CRIMINAL PROCEDURE, RULE 72.1. THE APPLICANT IS
SEEKING EXTRORDINARY RELIEF AND RESPECTFULLY MOVES THIS
HONORABLE COURT TO GRANT LEAVE TO FILE THE APPLICATION
FOR WRIT OF PROHIBITION TENDERED CONTEMPORANEOUSLY
WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS
WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW, "FIAT AT
PETITUR".

RESPECTFULLY SUBMITTED

James Pettit

JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION
WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID, FIRST
CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY, 2015.

James Pettit

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE:  §

James PETTIT  § No 66907/920D07714

## WRIT OF PROHIBITION

James PETTIT, MOVES TO FILE:

WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT, TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907/920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUT-SIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE, THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLIC-ANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE: STINE V. STATE 908 S.W. 2d

(1)

429, 431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENTS FILED: AT TIME SENTENCE PASSED.) WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EX PARTE CHRISTY U.S. 2993. HOW 292, 11ED 603, C.J.S. PROHIBITION DIGEST 11.

THE APPLICANT/PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE/ AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES. TEX. R. APP. P. RULE 9.3 (A)(1), (C) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISSES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE: FEBRUARY 1, 2015 .                    James Pettit

(2)

<u>Unsworn Declaration</u>

I, James PETTIT No. <u>635925</u>, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS  §
COUNTY OF POTTER  §
§

## AFFIDAVIT

I, James Pettit TDCJ. No 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993. I James PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY). BY THE TRIAL COURT 171st JUDICIAL DISTRICT COURT OF ELPASO COUNTY. TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT. AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I, James PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

JAMES PETTIT
NATHANIEL J. NEAL UNIT
9055 SPUR 591
AMARILLO, TEXAS 79107
PETITIONER — PRO SE

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

JAMES PETTIT
APPLICANT / PETITIONER

VS.

THE STATE OF TEXAS
RESPONDENT

WRIT OF PROHIBITION
TRIAL CAUSE No. 66907 / 920D07714
IN THE 171ST JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS

1. MOTION FOR LEAVE TO FILE:
   WRIT OF PROHIBITION

2. WRIT OF PROHIBITION

3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
  IN RE:       §
 JAMES PETTIT     § No 66907 / 920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS

NOW COMES James Pettit, APPLICANT PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE, RULE 72.1 . THE APPLICANT IS SEEKING EXTRORDINARY RELIEF, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF PROHIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW; "FIAT AT PETITUR".

        RESPECTFULLY SUBMITTED
        James Pettit
        JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION, WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID, FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY, 2015 .

        James Pettit

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

In RE :                              §

    James Pettit                    § No 66907 / 920D07714

## WRIT OF PROHIBITION

James Pettit, move to file:

WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT. TEXAS RULES OF APPELLATE PROCEDURES RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907 / 920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT now HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTERED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE. THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE: STINE V. STATE, 908

S.W. 2d 429, 431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENTS FILED: AT TIME SENTENCE PASSED") WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EX PARTE CHRISTY U.S. 299 3. HOW. 292, 11ED 603, C.I.S. PROHIBITION DIGEST 11.

THE APPLICANT/PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBE LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBERED OF COPIES. TEX. R. APP. P, RULE 9.3 (A)(1),(C) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISSES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBURARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE FEBRUARY 1, 2015

James Pettit

(2)

## UNSWORN DECLARATION

I, JAMES PETTIT No. 635925, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS                    §
COUNTY OF POTTER                  §


### AFFIDAVIT

I, JAMES PETTIT TDCJ No. 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THAT THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I, JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW, AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIDAVIT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I, JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED
James Pettit #635925
JAMES PETTIT
NATHANIEL J. NEAL UNIT
9055 SPUR 591
AMARILLO, TEXAS 79107
PETITIONER — PRO SE

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

JAMES PETTIT
APPLICANT / PETITIONER

VS.

THE STATE OF TEXAS
RESPONDENT

WRIT OF PROHIBITION
TRIAL CAUSE No. 66907 / 920D07714
IN THE 171ST JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS


1. MOTION FOR LEAVE TO FILE:
   WRIT OF PROHIBITION


2. WRIT OF PROHIBITION


3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

INRE: §

JAMES PETTIT § No 66907 / 920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS
NOW COMES JAMES PETTIT, APPLICANT PURSUANT TO TEXAS CODE
OF CRIMINAL PROCEDURE, RULE 72.1 . THE APPLICANT IS SEEKING
EXTRORDINARY RELIEF, AND RESPECTFULLY MOVES THIS HONORABLE
COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF PRO-
HIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS
WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW; "FIAT AT
PETITUR".

RESPECTFULLY SUBMITTED

James Pettit

JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION,
WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID,
FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY,
2015 .

James Pettit

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE : §

JAMES PETTIT § No 66907 / 920D07714

## WRIT OF PROHIBITION

JAMES PETTIT, MOVE TO FILE:
WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT. TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE NO. 66907 / 920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE, THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE: STINE V. STATE, 908

(1)

S.W. 2d 429, 431 (Tex. Crim. App. 1995); did the District Court transcend its Judicial power, with going (twice the allowed sentence range without inhancement's filed: at time sentence passed".) Whether the District Court transcended its Jurisdiction depends upon the facts established in the "record" and not upon the acts that dehors the record, Ex Parte Christy U.S. 299 3. How. 292, Med 603, C.I.S. Prohibition Digest 11.

The Applicant/petitioner has completed more than the prescribed law in which he was sentenced and shall request relief upon the "harm" outside/and or exceeding the legal time of incarceration within a guilty verdict without inhancements.

The Applicant request his immediate release from confinement that has exceeded the maximum punishment and is unlawful incarceration and protected by the U.S. Constitution and the Texas Constitution.

## WAIVER

Applicant asks the Honorable Court to waive the required number of copies. Tex. R. App. P, Rule 9.3 (A)(1), (c) as he is indigent without means to meet this requirement.

## PRAYER

Wherefore, premisses considered, defendant prays that this Honorable Court grant him relief, by way of finding that the sentence upon conviction was "out-of-bounds" and transcended the penal statue at Feburary 1, 1993 and must be corrected as law requires; "Fiat Justia".

Date: February 1, 2015                    James Pettit

(2)

## UNSWORN DECLARATION

I, JAMES PETTIT No. 635925, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS

COUNTY OF POTTER

§
§
§

## AFFIDAVIT

I, James Pettit TDCJ No. 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURTS AT REVIEW.

I, JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

JAMES PETTIT

NATHANIEL J. NEAL UNIT

9055 SPUR 591

AMARILLO, TEXAS 79107

PETITIONER — PRO SE

In the Court of Criminal Appeals Austin, Texas

James Pettit
Applicant / Petitioner
VS
The State of Texas
Respondent

Writ of Prohibition
Trial Cause No. 66907 / 920D07714
In the 171st Judicial District Court of
El Paso County, Texas

1. Motion For Leave To File:
Writ of Prohibition

2. Writ of Prohibition

3. Affidavit

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

INRE: §

JAMES PETTIT § No 66907 / 920D07714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS
NOW COMES JAMES PETTIT, APPLICANT PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE, RULE 72.1; THE APPLICANT IS SEEKING EXTRORDINARY RELIEF AND RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF PROHIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW, "FIAT AT PETITUR".

RESPECTFULLY SUBMITTED

James Pettit
JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE follow FOREGOING MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION, WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID, FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRAURY, 2015.

James Pettit

In THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

In RE:                          §

James PETTIT                    § No. 66907 / 920D07714

## WRIT OF PROHIBITION

James PETTIT, MOVE TO FILE:

WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT Final JUDGMENT. TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907 / 920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE, OF THE JUDGMENT AND SENTENCE. THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT. ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE: STINE V. STATE, 908 S.W.2d 429, 431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND

(1)

ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENTS FILED: AT TIME SENTENCE PASSED). WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EX PARTE CHRISTY U.S. 299 3 HOW. 292, IIED 603, C.I.S. PROHIBITION DIGEST 11.

THE APPLICANT / PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE / AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES. TEX. R. APP. P, RULE 9.3 (A)(1),(C) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBURARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE: FEBRUARY 1, 2015                    James Pettit

(2)

<u>UNSWORN DECLARATION</u>

I, <u>JAMES PETTIT</u> No <u>635925</u>, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS        §

COUNTY OF POTTER       §

## AFFIDAVIT

I, James Pettit TDCJ No 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY TEXAS, THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW, AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIDANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I, JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

JAMES PETTIT

NATHANIEL J. NEAL UNIT

9055 SPUR 591

AMARILLO, TEXAS 79107

PETITIONER - PRO SE

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## James Pettit
### APPLICANT / PETITIONER

### VS

### THE STATE OF TEXAS
### RESPONDANT

WRIT OF PROHIBITION
TRIAL CAUSE No 66907 / 920D07714
IN THE 171ST JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS

1. MOTION FOR LEAVE TO FILE:
   WRIT OF PROHIBITION

2. WRIT OF PROHIBITION

3. AFFIDAVIT

MOTION FOR LEAVE TO FILE:

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE:                              §

JAMES PETTIT            § No 66907/920007714

MOTION FOR LEAVE TO FILE:
APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

NOW COMES JAMES PETTIT, APPLICANT PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE, RULE 72.1. THE APPLICANT IS SEEKING EXTRORDINARY RELIEF AND RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT LEAVE TO FILE THE APPLICATION FOR WRIT OF PROHIBITION TENDERED CONTEMPORANEOUSLY WITH THIS MOTION.

APPLICANT PRAYS THAT LEAVE IS ALLOWED AND THE PETITIONERS WRIT OF PROHIBITION IS FILED AS PROVIDED BY LAW, "FIAT AT PETITUR".

RESPECTFULLY SUBMITTED

James Pettit

JAMES PETTIT PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR LEAVE TO FILE: APPLICATION FOR WRIT OF PROHIBITION WAS HAND DELIVERED PERSONALLY AND MAILED POSTAGE PREPAID, FIRST CLASS TO THE CLERK ABEL ACOSTA ON THIS 1ST DAY OF FEBRUARY, 2015.

James Pettit

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

IN RE: §

JAMES PETTIT § No. 66907 / 920D07714

## WRIT OF PROHIBITION

JAMES PETTIT, MOVE TO FILE:

WRIT OF PROHIBITION, TO PROHIBIT UNLAWFUL SENTENCING AT FINAL JUDGMENT. TEXAS RULES OF APPELLATE PROCEDURE RULE 72; TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04 (1)

## STATEMENT OF FACTS

THIS REVIEW FROM THE 171ST JUDICIAL DISTRICT COURT OF EL PASO COUNTY, IN WHICH PETITIONER WAS TRIED BY JURY, FOUND GUILTY, SENTENCED BY JUDGE (INHERENT HARM) TO EXCESSIVE TERM, SEE CAUSE No. 66907 / 920D07714, FEBRUARY 1, 1993.

## PROHIBITED ACTS

APPLICANT NOW HOLD A PROHIBITED ACT BY THE SENTENCE "OUTSIDE" THE STRUCTURED TEXAS LAWS WITHIN THE DATE OF THE JUDGMENT AND SENTENCE. THE TEXAS PENAL CODE 22.011 CARRIED A 2-20 YR. CONFINEMENT UPON GUILTY VERDICT, ALTHOUGH THE 171ST JUDICIAL DISTRICT COURT (JUDGE) PASSED A SENTENCE UPON APPLICANT EXCEEDING THE PERIMETERS WITHIN THE STATE PENAL LAW AT THIS DATE, LISTED ABOVE. THE LAW (PENAL CODE HAS BEEN INCREASED TO FIRST DEGREE 5-99, AFTER APPLICANTS CONVICTION, HOLDING "EX POST FACTO" RULE AND REQUIRES PROHIBITIVE ACT REQUEST. SEE: STINE V. STATE 908 S.W. 2d 429,

(1)

431 (TEX. CRIM. APP. 1995); DID THE DISTRICT COURT TRANSCEND ITS JUDICIAL POWER, WITH GOING (TWICE THE ALLOWED SENTENCE RANGE WITHOUT INHANCEMENTS FILED? AT TIME SENTENCE PASSED).

WHETHER THE DISTRICT COURT TRANSCENDED ITS JURISDICTION DEPENDS UPON THE FACTS ESTABLISHED IN THE "RECORD" AND NOT UPON THE ACTS THAT DEHORS THE RECORD, EX PARTE CHRISTY U.S. 299 3. HOW. 292, 11 ED 603, C.I.S. PROHIBITION DIGEST 11.

THE APPLICANT / PETITIONER HAS COMPLETED MORE THAN THE PRESCRIBED LAW IN WHICH HE WAS SENTENCED AND SHALL REQUEST RELIEF UPON THE "HARM" OUTSIDE / AND OR EXCEEDING THE LEGAL TIME OF INCARCERATION WITHIN A GUILTY VERDICT WITHOUT INHANCEMENTS.

THE APPLICANT REQUEST HIS IMMEDIATE RELEASE FROM CONFINEMENT THAT HAS EXCEEDED THE MAXIMUM PUNISHMENT AND IS UNLAWFUL INCARCERATION AND PROTECTED BY THE U.S. CONSTITUTION AND THE TEXAS CONSTITUTION.

## WAIVER

APPLICANT ASKS THE HONORABLE COURT TO WAIVE THE REQUIRED NUMBER OF COPIES, TEX. R. APP., RULE 9.3 (A)(1), (c) AS HE IS INDIGENT WITHOUT MEANS TO MEET THIS REQUIREMENT.

## PRAYER

WHEREFORE, PREMISSES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT GRANT HIM RELIEF, BY WAY OF FINDING THAT THE SENTENCE UPON CONVICTION WAS "OUT-OF-BOUNDS" AND TRANSCENDED THE PENAL STATUE AT FEBRUARY 1, 1993 AND MUST BE CORRECTED AS LAW REQUIRES; "FIAT JUSTIA".

DATE: FEBRUARY 1, 2015          James Pettit

(2)

<u>UNSWORN DECLARATION</u>

I, <u>JAMES PETTIT</u> No. <u>635925</u>, DO HEREBY SWEAR AND AFFIRM THE FOREGOING TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY (GOV. CODE 132.00).

(3)

STATE OF TEXAS                    §

COUNTY OF POTTER                  §

## AFFIDAVIT

I, James Pettit TDCJ No 635925, DEPOSE AND SAY THAT I AM (18) EIGHTEEN YEARS OF AGE OR OLDER, OF SOUND MIND AND BODY AND I AM CAPABLE OF MAKING THE FOLLOWING STATEMENT:

On FEBRUARY 1, 1993, I JAMES PETTIT WAS SENTENCED IN EXCESS TO THE LAW (PENAL CODE 22.011, A SECOND DEGREE FELONY) BY THE TRIAL COURT 171st JUDICIAL DISTRICT COURT OF EL PASO COUNTY TEXAS. THE EXCESSIVE SENTENCE IS PROHIBITED BY THE CONSTITUTION AND PROTECTED WITHIN MY RIGHTS TO REQUEST REVIEW AND RELIEF AS FILED ACCOMPANYING THIS AFFIDAVIT.

AFFIANT HAS COMPLETED INAPPROPRIATE, HARMFUL INCARCERATION UPON A CONVICTION THAT CAN AND SHALL BE CORRECTED BY THIS COURT'S AT REVIEW.

I, JAMES PETTIT, DO HEREBY SWEAR AND AFFIRM THE FOREGOING AFFIDAVIT TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

James Pettit #635925

JAMES PETTIT

NATHANIEL J. NEAL UNIT

9055 SPUR 591

AMARILLO, TEXAS 79107

PETITIONER — PRO SE